

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00456-CV

**IN RE** Sondra **GROHMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On October 22, 2021, relator filed a petition for writ of mandamus and an emergency motion for stay. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than November 10, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's emergency motion for stay is GRANTED. We stay the trial court's Order Granting Larry Wegner's Motion for Mental Examination of Sondra Grohman pending final resolution of the petition for writ of mandamus. We further stay any pending trial setting pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on October 26, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of the Court

---

[1] This proceeding arises out of Cause No. 15705, styled *In the Matter of the Marriage of Sondra Grohman and Larry Wegner*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.